**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-7029**

_____

WILLIAM LEE FISHER,

                                        Plaintiff - Appellant,

        versus

DAVID L. HIGH, Special Agent, Drug Enforcement
Administration; U.S. DRUG ENFORCEMENT AGENCY;
OTHER UNKNOWN AGENTS,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, District Judge. (CA-94-1110-R)

_____

Submitted:  November 7, 1996        Decided:  November 20, 1996

_____

Before RUSSELL and WIDENER, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

William Lee Fisher, Appellant Pro Se. John Francis Corcoran, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil action to recover $10,000 which was administratively forfeited as proceeds of drug trafficking. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Fisher v. High</u>, No. CA-94-1110-R (W.D. Va. May 28, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>